UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAREINA A SAULS,<br><br>  Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY et al.,<br><br>  Defendant. | CASE NO. 25-cv-05957-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's "Motion to Proceed in Forma Pauperis and Request for U.S. Marhsal Service Under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3)." Dkt. # 8.

Federal Rule of Civil Procedure 4(c)(3) provides, "At the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis."

Plaintiff is authorized to proceed in forma pauperis (IFP) and the Court has reviewed Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(b).  Dkt. # 5.  Thus, the Court ORDERS:

ORDER - 1

1. The Clerk shall provide copies of the summons, Dkt. # 1-4, and the Complaint, Dkt. # 6, to the United States marshal or deputy marshal within seven days of the day of this Order; and

2. The United States marshal or deputy marshal shall serve Defendants, at the addresses set forth in Dkt. # 1-4 , with a copy of the summons and complaint within 30 days of the date of this order.

Dated this 18th day of December, 2025.

John H. Chun
United States District Judge

ORDER - 2