UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAREINA A SAULS,

                        Plaintiff,

        v.

PIERCE COUNTY et al.,

                        Defendants.

CASE NO. 25-cv-05957-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This order notes for the record the separate case of *Sauls v. Pierce County et al.*, No. 3:25-cv-06089-JHC.

(2) Also, to the extent Plaintiff seeks assistance with this matter, Plaintiff may contact the Federal Civil Rights Legal Clinic, which offers free, limited-scope assistance to self-represented litigants in federal civil rights cases, including, but not limited to, following court rules and procedures or preparing case documents.  Participation is voluntary and the Clinic operates independently from the Court.  To request an appointment, Plaintiffs in Seattle may submit the online form at www.kcba.org/nlc or

MINUTE ORDER - 1

call 206.267.7070 and press "1" to leave a message.  In Tacoma, Plaintiffs may request an appointment by calling 253.368.6690.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 5th day of February 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2