UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAREINA A. SAULS

        Plaintiff,

    v.

PIERCE COUNTY, A POLITICAL
SUBDIVISION AND FEDERALLY FUNDED
PUBLIC ENTITY; DESIREE S. HOSANNAH,
INDIVIDUAL ACTING UNDER COLOR OF
LAW; GINA M. DUNCAN, INDIVIDUAL
ACTING UNDER COLOR LAW,

        Defendants

Civil Action No. 3:25-CV-05957-JHC

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE RESPONSE TO COMPLAINT

NOTE ON MOTION CALENDAR:
February 26, 2026
Without Oral Argument

THIS MATTER comes before the Court on Defendant's Motion to Extend Time to File Response to Complaint.  Dkt. # 22.  No party has filed an opposition to the motion.  The Court GRANTS the motion. Defendant's deadline for filing a Response to the Plaintiff's Complaint is March 5, 2026.

DATED this 26th day of February, 2026.

_____
John H. Chun
United States District Judge

ORDER ON MOTION TO EXTEND
TIME TO FILE RESPONSE TO
COMPLAINT

p. **1** of **1**