UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAREINA A. SAULS, | NO.  25-cv-05957-JHC |
| Plaintiff, | |
| vs. | ORDER |
| PIERCE COUNTY, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant's Motion to Stay Discovery.  Dkt. # 33.  Plaintiff did not file a response to the motion.  For the reasons presented in the motion—and because Defendant has filed another motion to dismiss (Dkt. # 40), which is currently pending—the Court GRANTS the motion to stay.  The Court STAYS discovery in this matter until resolution of the motion to dismiss.

DATED this 29th day of April, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge

ORDER - 1