UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAREINA A. SAULS, | NO.  25-cv-05957-JHC |
| Plaintiff, | |
| vs. | ORDER |
| PIERCE COUNTY, | |
| Defendant. | |

Before the Court is Defendant's motion to strike Plaintiff's surreply.  Dkt. ## 46 & 47 (duplicate filing).  As Defendant points out, the surreply at Dkt. # 45 is procedurally improper. Thus, the Court GRANTS the motion and STRIKES the surreply at Dkt. # 45.

DATED this 29th day of May, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER**Error! Reference source not found.** - 1