UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAREINA A. SAULS,<br>Plaintiff,<br>v.<br>PIERCE COUNTY,<br>Defendant. | CASE NO. 3:25-cv-05957-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion for Leave to Serve Additional Interrogatories. Dkt. # 55. For the reasons presented by Defendant (Dkt. # 55)—and because the Court granted Defendant's motion for judgment on the pleadings on the ground that the Second Amended Complaint appears to name the wrong defendant—the Court DENIES the motion.

Dated this 30th day of October, 2026.

John H. Chun
John H. Chun
United States District Judge