UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAREINA A. SAULS, Plaintiff, v. PIERCE COUNTY, Defendant. | CASE NO. 3:25-cv-05957-JHC<br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Reasonable Accommodations. Dkt. # 53. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. The Court has also checked in with the Clerk's Office regarding Plaintiff's communications with them. The Court GRANTS the motion in part, RESERVES in part, and DENIES the motion in part as explained below.

The Court GRANTS Plaintiff's requests with respect to "Clear Identification of Express Dates and Directive in Orders" and "Processing Time During Hearings and Conferences."

The Court GRANTS Plaintiff's request for a written ruling "on Accommodation Requests Before the Affected Event" on the present motion and RESERVES regarding future motions.

The Court RESERVES on Plaintiff's Requests for (1) "Remote Appearance." (Plaintiff may renew the request before any hearing or conference); (2) "Individualize Consideration of Disability-Related Extension Requests (Plaintiff may renew the request if she believes she cannot meet a deadline); (3) "Notice and Opportunity to Cure Non-Substantive Filing Defects"; (4) and "Entry of Scheduling Order," because currently, there is no operative complaint this matter.

The Court DENIES Plaintiff's Request for "Email Delivery of Court-Issued Orders and Notices." The Clerk's Office has explained to Plaintiff that this is not something they will do. Pro se parties who are not registered e-filers receive filings by U.S. Mail. There is another option, e-service, in which Plaintiff can register to have NEFs delivered to her email but otherwise not have to do the e-filing. Indeed, this is how Plaintiff received notices in Case No. 25-cv-5248-DGE.

Dated this 30th day of October, 2026.

John H. Chun

John H. Chun
United States District Judge